**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No. 4:21-CV-00511-AGF |
| | ) |
| LANETTE M. MOSLEY, et al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

Upon advice from Mr. Matthews that he did not receive a copy of the Court's

Order dated October 29, 2021,

**IT IS HEREBY ORDERED** that the Clerk of Court shall resend a copy of the

Order dated October 29, 2021 to the address provided by Mr. Matthews.

**IT IS FURTHER ORDERED** that the deadline to file an answer is extended to

**November 29, 2021**.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 15th day of November, 2021.