UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. 4:21-CV-00511-AGF ) |
| LANETTE M. MOSLEY, et al., | ) ) |
| Defendants. | ) |

### MEMORANDUM AND ORDER

This matter is before the Court upon Defendant Nathaniel Mosley's motion to stay Alternative Dispute Resolution and for entry of default judgment against Defendants Raquel P. Dukes, Orlandis C. Matthews, and C&J Financial, LLC.  (Doc. No. 51).  The Clerk entered default against Defendants Raquel P. Dukes, Orlandis C. Matthews, and C&J Financial.  (Doc. Nos. 35 & 43).  However, Mosley did not indicate that Raquel P. Dukes, Orlandis C. Matthews, and C&J Financial, LLC were served with a copy of the motion for default judgment.

Accordingly,

**IT IS HEREBY ORDERED** that the deadline to complete alternative dispute resolution is **STAYED**, pending review of Defendant Nathaniel Mosley's motion for default judgment.

**IT IS FURTHER ORDERED** that Defendant Nathaniel Mosley shall file proof of service of the motion for entry of default judgment against Defendants Raquel P. Dukes, Orlandis C. Matthews, and C&J Financial, LLC within **fourteen days**.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 14th day of March, 2022.