### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. 4:21-CV-00511-AGF ) |
| LANETTE M. MOSLEY, et al., | ) ) |
| Defendants. | ) ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon Defendant Nathaniel Mosley's motion for entry of default judgment against Defendants Raquel P. Dukes, Orlandis C. Matthews, and C&J Financial, LLC. (Doc. No. 51). The Clerk entered default against Defendants Raquel P. Dukes, Orlandis C. Matthews, and C&J Financial. (Doc. Nos. 35 & 43). Defendants Raquel P. Dukes, Orlandis C. Matthews, and C&J Financial have not responded to the motion and the time to do so has passed.

Accordingly,

**IT IS HEREBY ORDERED. ADJUDGED, and DECREED** that default judgment is entered against Defendants Raquel P. Dukes, Orlandis C. Matthews, and C&J Financial.

                                                  *Audrey G. Fleissig*
                                                  AUDREY G. FLEISSIG
                                                  UNITED STATES DISTRICT JUDGE

Dated this 31st day of March, 2022.