EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )  No. 4:21-CV-00511-AGF<br>) |
| LANETTE M. MOSLEY, et al., | )<br>) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon the parties' notice of settlement. Pursuant to Local Rule 13.04(C)(4), the Court may order the appropriate party to file a proposed order for disbursement of interest-bearing funds deposited in the registry of the Court. E.D.Mo. L.R. 13.04(C)(3). The proposed order must comply with the redaction requirements of Local Rule 2.17 and must contain the following information:

> (a) the principal sum initially deposited;
> (b) the amount or amounts of principal to be disbursed;
> (c) the percentage of accrued interest payable with each principal amount, after the Clerk deducts from the total accrued interest the applicable administrative fee pursuant to the General Order of January 10, 1991;
> (d) to whom exactly each disbursement check should be made payable;
> (e) full mailing instructions for each disbursement check, including full street address and zip code; and
> (f) for funds not held in the DOF, the social security number or tax ID number of each recipient of accrued interest, and known attorney fees, which must be provided to the Finance Department of the Clerk's Office on a completed and signed I.R.S. Form W-9.

*Id*. The proposed order should not specify a specific amount of interest, as interest accrues daily. Instead, the order should use a phrase such as "$xxx.xx in principal

plus xx% of the interest less administrative fees" to designate the amount of the principal and interest to disburse. The Court notes that an I.R.S. Form W-9 is required for any party receiving a portion of the interest.

Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a proposed order for disbursement of funds complying with Local Rule 13.04(C)(4) by **May 23, 2022**.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 16th day of May 2022.